UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **04 CR 10009 RGS** |
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | VIOLATION: |
| MANUEL BERNABEL | ) | Ct. 1: 8 U.S.C. § 1326 |
| | ) | Unlawful Re-entry of |
| Defendant. | ) | Deported Alien |

## INDICTMENT

<u>COUNT ONE</u>: 8 U.S.C. § 1326–Unlawful Re-entry of Deported Alien

The Grand Jury charges that:

On or about December 19, 2003, at Dedham, in the District of Massachusetts,

**MANUEL BERNABEL**

the defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary for the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]* 1/14/04
FOREPERSON OF THE GRAND JURY

_____
SANDRA S. BOWER
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS        January __14__, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

1-14-04 at 1:00 PM

2