IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            v.                    )
                                  )    CRIMINAL NO. 04-10009-RGS
MANUEL BERNABEL                   )

JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States and counsel for Defendant Manuel Bernabel
file this Joint Memorandum Pursuant to Local Rule 116.5(A) as
follows:

1) Neither party seeks relief from the timing requirements
imposed by L.R. 116.3.

2) The government anticipates producing expert fingerprint
testimony.  The defendant has requested expert discovery.  The
government agrees to produce all expert discovery at least 14 days
in advance of trial.  The defendant does not anticipate reciprocal
discovery, but would agree to provide same, if applicable, 7 days in
advance of trial.

3) Other than as noted in paragraph 2, the parties do not
anticipate providing additional discovery as a result of future
receipt of information, documents, or reports of examinations or
tests.

4) The defendant may file a motion to dismiss and agrees to file it, or any other dispositive motion, on or before March 23, 2004.

5) The Court has previously entered an Order excluding the period 1/20/04 through 2/17/04. The parties agree that the period between 3/2/04 and 3/23/04, also should be excluded for purposes of the Speedy Trial Act.

6) The parties believe that it is likely this case will be resolved by plea and that no trial will be necessary. If the case does go to trial, the parties estimate it would last about two days.

7) The parties request that another status conference be scheduled toward the end of March 2004.

8) The parties suggest that there is no need to hold the initial status conference presently scheduled for 2 p.m. on March 2. However, if the Court wishes to hear from the parties, they request that the conference be rescheduled for Wednesday, March 3, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _Sandra S. Bower for_
TIMOTHY WATKINS, Esq.
Counsel for Defendant
408 Atlantic Avenue
Boston, MA 02210
617-223-8061

By: _Sandra S. Bower_
SANDRA S. BOWER
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3184

2