## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                    CRIM. CASE NO:    CR04-10009 RGS

MANUEL BERNABEL
        Defendant

### ORDER ON
### APPOINTMENT OF FEDERAL DEFENDER

COHEN, U.S.M.J.

    On Wednesday, January 20, 2004, Manuel Bernabel, the defendant in the above-entitled action, appeared before this Court for the purpose of an initial appearance on an indictment charging him with 18 U.S.C.§ 1326, unlawful reentry of a deported alien.  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney TIMOTHY WATKINS of the Federal Defender Office for the District of Massachusetts be appointed, effective as of January 20, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

By the Court:

/S/ Rex Brown
Courtroom Clerk

March 2, 2004
Date