UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10009-RGS

UNITED STATES OF AMERICA

v.

MANUEL BERNABEL

**ORDER**

March 22, 2004

COHEN, M.J.

PLEASE TAKE NOTICE that the above-entitled case has been **reset** for a FINAL STATUS CONFERENCE on Tuesday, March 30, 2004 at 10:00 A.M., instead of 2:15 p.m., before Magistrate Judge Lawrence P. Cohen in Courtroom 23, United States Courthouse, 1 Courthouse Way, Boston, MA.

_____
UNITED STATES MAGISTRATE JUDGE