UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10009-RGS |
| ) | |
| MANUEL BERNABEL ) | |

DISMISSAL OF
OF THE INDICTMENT

Pursuant to Fed.R.Crim.P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment charging the defendant Manuel Bernabel with unlawful re-entry by a deported alien. The government states that the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

SANDRA S. BOWER
Assistant U.S. Attorney

Leave to File Granted:

_____
RICHARD G. STEARNS, Judge
United States District Court