District Director

John-Joseph Moakley
One Courthouse Way
Boston Mass
  02210

Date: 12/28/04

Re: 04-10009-RGS
In Removal Proceedings
A 72-177-524

# REQUEST FOR RELEASE FROM DETENTION
# PURSUANT TO ZADVYDAS V. DAVIS

I, Manuel Bernabel, *pro se*, hereby request to be released from detention pursuant to *Zadvydas v. Davis*, 121 S.Ct 2491. On July 19, 2001, Attorney General John Ashcroft issued a memorandum which stated, "After six months, if an alien can provide 'good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future,' the government must rebut the alien's showing in order to continue the alien in detention." I am writing to request release as there is no significant likelihood that I will be removed in the reasonable foreseeable future.

1. I am presently in INS custody. I have been detained by the INS since 12/19/03

2. I have a final order of deportation. My deportation order became final on 3/27/04. Therefore, I have been detained for more than 6 months with a final order.

3. My country will not take me back. The country I have been ordered deported to is Dominican Republic.

4. The following efforts have been made to return me to my country of origin:

Order of unlawful re-entry, have been Dismissed, I now wish to return back to my Country

5. Because my country will ~~not~~ take me back and I have already been in detention for six months past the date my removal order became final, I should be released immediately.

Respectfully submitted,

*Manuel Bernabel*
Printed Name

MANUEL BERNABEL
Address

26 Long Pond Rd

Plymouth Mass

*Manuel Bernabel*
Signature

To be completed by Service officer executing the warrant:

Name of alien being removed: _____

Port, date, and manner of removal: _____

Photograph of alien removed

Right index fingerprint of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of INS official taking print)

Departure witnessed by: _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of INS official)

Form I-205 (Rev 4-1-97)N

Exhibit 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10009-RGS |
| ) | |
| MANUEL BERNABEL ) | |

## DISMISSAL OF
## OF THE INDICTMENT

Pursuant to Fed.R.Crim.P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment charging the defendant Manuel Bernabel with unlawful re-entry by a deported alien. The government states that the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

SANDRA S. BOWER
Assistant U.S. Attorney

Leave to File Granted:

_____
RICHARD G. STEARNS, Judge
United States District Court

U.S. MARSHALLS

Papel del caso De say

File No. A72 / A 524

MARCH 27-04

Any submission (motion, letter, application, etc) to the court is required to contain a statement that you mailed or delivered an exact copy to the Department of Homeland Security -Litigation Unit and the date this was performed. The court will **NOT** accept any submission unless you:

a] Send or deliver a copy of the submission to the Department of Homeland Security -Litigation Unit; and,

b] Certify to the court that you sent or delivered a copy of the submission to the Department of Homeland Security -Litigation Unit and when you did.

==================================================
Below is sample language we suggest you use.
==================================================

## CERTIFICATE OF SERVICE

I, _Manuel Bernabel_, certify I have served a true copy of the within to the:

> Office of District Counsel
> Department of Homeland Security
> JFK Federal Building, Room 425
> 15 New Sudbury Street
> Boston, MA 02203

postage <u>prepaid</u> / <u>in hand service</u>, on this _____ day of _____, 2004.
(Circle one)

_____Manuel Bernabel_____
Signature

---

Please note: The Immigration Court is located in Room 320 of the JFK Federal Building.

DO NOT SERVE THE OFFICE OF DISTRICT COUNSEL'S COPY WITH THE ORIGINAL SERVED UPON THIS COURT.
DOING SO DOES NOT CONSTITUTE SERVICE TO THE OFFICE OF DISTRICT COUNSEL DEPARTMENT OF HOMELAND SECURITY

<u>THE CLERK'S OFFICE WILL NOT FORWARD DOCUMENTS</u>

---

H:\wpdocs\Forms\CERTIFICATE OF SERVICE.wpd        rev.01-2004

# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Manuel Bernabel
    Petitioner

V

Joseph F McDonough and Steven J Farquherson
    respondents

Criminal
No: A72-127-524

On March 27, 2004, petitioner Manuel Bernabel an INS detainee currently confined at Plymouth County Correctional Facility, filed a writ of Habeas Corpus under 28 U.S.C § 2241 and also filed an affidavit of indengency

- accordingly -

(1) The Clerk shall correct the case caption to reflect that the only respondent to this action is the Sherif of Plymouth County (Joseph McDonough) a writ of Habeas Corpus must be directed to the person having custody of the person detained 28 U.S.C § 2243. Petitioners legal custodian is the Sheriff of Plymouth County. The individual having day to day control over the facility in which petitioner is being detained. Vasquez v Reno, 233 F. 3d 688, 694 (1st Cir. 2000) cert. denied sub nom Vasquez v Ashcroft, 122 S.ct. 43 (2001) Mass. Gen Laws ch 126 § 16 (Sheriff shall have custody and control of the jails in his County... and shall be responsible for them);

(2) The Clerk of this Court shall serve a copy of the petition, by certified mail, upon (i) Sheriff Joseph F McDonough, Plymouth County Correctional facility, 26 Long Pond Road Plymouth Ma 02360 (ii) the United States Attorney (iii) Frank Crowley

-1-

Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728 J.F.K. Station, Boston Mass 02114 AND

(3) the respondent shall within (28) days of this receipt of this Order, file an answer or other responsive pleading AND

(4) The respondent shall provide the court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner

Submitted by defendant

*[signature]*

Date: 12-28-04

-2-