DATE: 3-19-04

BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10009-RGS |
| ) | |
| MANUEL BERNABEL ) | |

**DISMISSAL OF
OF THE INDICTMENT**

Pursuant to Fed.R.Crim.P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment charging the defendant Manuel Bernabel with unlawful re-entry by a deported alien. The government states that the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *James B. Farmer*
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

SANDRA S. BOWER
Assistant U.S. Attorney

DOCKETED

Leave to File Granted
*Richard G. Stearns*
RICHARD G. STEARNS, Judge
United States District Court

3-24-04.